O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RODERICK GERALD DARBY, JR., | ) | Case No. CV 11-9270-CAS (SP) |
| | ) | |
| Petitioner, | ) | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | ) | |
| TERESA BANKS, Warden, | ) | |
| Respondent. | ) | |

_____

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that respondent's Motion to Dismiss be granted, petitioner's Motion for Summary Judgment and Default be denied as moot, and Judgment be entered denying the Petition and dismissing this action without prejudice.

DATED: September 6, 2012

_Christine A. Snyde_

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE