JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK GERALD DARBY, JR.,    ) | Case No. CV 11-9270-CAS (SP) |
|            ) | |
|       Petitioner,   ) | |
|            ) | **JUDGMENT** |
|      v.     ) | |
|            ) | |
| TERESA BANKS, Warden,   ) | |
|            ) | |
|       Respondent.   ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: September 6, 2012

*Christina a. Snyder*

_____

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE